IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

LILLIE S. PETTAWAY,                          CASE NO. 10-01123-WSS-13

    DEBTOR.

## **OBJECTION TO CLAIM**

COMES NOW the Debtor, Lillie S. Pettaway, in the above styled matter, by and through her attorney, and objects to the following claim:

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file a written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street Mobile, Alabama 36602, and serve a copy on the movant's attorney, Earl P. Underwood, Jr., 21 South Section St. Fairhope, AL 36532.
>
> If you file and service a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| #1 | Wells Fargo Bank, NA | $5,503.04 | Claim is Excessive. |

Wherefore, Debtor requests that after notice and hearing, the secured claim be reduced to an amount satisfactory to creditor and debtor including all payments made by debtor after the filing of her petition.

                                             /s/ Earl P. Underwood, Jr.
                                             Earl P. Underwood, Jr.
                                             Underwood & Riemer, PC
                                             21 South Section Street
                                             Fairhope, AL 36532
                                             Telephone: 251-990-5558
                                             epunderwood@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing pleading upon the Creditor listed below by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this the 19th day of July 2010 and John C. McAleer, III, Chapter 13 Standing Trustee, using the electronic filing system.

Wells Fargo Bank, NA  
1 Home Campus  
Bankruptcy Payment Processing  
MAC # X2302-04C  
Des Moines, IA 50328

Susannah R. Walker, Esq.  
Sirote & Permutt, PC  
PO Box 55887  
Birmingham AL 35255-5887

                                            /s/ Earl P. Underwood, Jr.  
                                            Earl P. Underwood, Jr.